Certificate Number: 05781-CAS-DE-041620306

Bankruptcy Case Number: 26-04334

05781-CAS-DE-041620306

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2026, at 11:28 o'clock AM PDT, Lourdes Pozoz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date: October 30, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President